

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00097-CV

IN THE MATTER OF K.B.,
A JUVENILE

----------

FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY

----------

**MEMORANDUM OPINION**[1]

----------

Appellant K.B. appeals from the trial court's order transferring him from the custody of the Texas Youth Commission to the Texas Department of Criminal Justice for the completion of his seven-year sentence.

Appellant's court-appointed counsel has filed a motion to withdraw as counsel and a brief in support of that motion. In the brief, counsel avers that in his professional opinion, this appeal is frivolous.[2] Counsel's brief and motion

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See In re D.A.S.*, 973 S.W.2d 296, 297 (Tex. 1998) (orig. proceeding) (holding that *Anders* procedures apply to juvenile appeals).

meet the requirements of *Anders v. California*[3] by presenting a professional evaluation of the record demonstrating why there are no reversible grounds on appeal and referencing any grounds that might arguably support the appeal.[4] This court provided Appellant the opportunity to file a pro se response to the *Anders* brief, but he has not done so. The State also did not file a brief.

Once an appellant's court-appointed counsel files a motion to withdraw on the ground that an appeal is frivolous and fulfills the requirements of *Anders*, we are obligated to undertake an independent examination of the record to see if there is any arguable ground that may be raised on his behalf.[5] Only then may we grant counsel's motion to withdraw.[6]

We have carefully reviewed the record and counsel's brief, we agree with counsel that the appeal is wholly frivolous and without merit, and we find nothing in the record that might arguably support the appeal.[7]

---

[3]386 U.S. 738, 87 S. Ct. 1396 (1967).

[4]*See Mays v. State*, 904 S.W.2d 920, 922–23 (Tex. App.—Fort Worth 1995, no pet.).

[5]*See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991); *In re S.A.*, No. 12-08-00003-CV, 2008 WL 2670187, at *1 (Tex. App.—Tyler July 9, 2008, no pet.); *In re T.P.M.*, No. 07-06-00047-CV, 2006 WL 1715525, at *1 (Tex. App.—Amarillo June 22, 2006, no pet.).

[6]*See Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S. Ct. 346, 351 (1988).

[7]*See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005); *In re G.L.*, No. 04-09-00387-CV, 2010 WL 1492304, at *1 (Tex. App.—San Antonio April 14, 2010, no pet.).

Consequently, we grant the motion to withdraw and affirm the trial court's judgment.

PER CURIAM

PANEL:  DAUPHINOT, MEIER, and GABRIEL, JJ.

DELIVERED:  May 24, 2012